UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM BISCAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIELDS HEALTH CARE GROUP, INC.,<br><br>Defendant. | **CIVIL ACTION NO.: 1:22-cv-10901-PBS** |
| LISA SMITH individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIELDS HEALTH CARE GROUP, INC.,<br><br>Defendant. | **CIVIL ACTION NO.: 4:22-cv-10932-DHH** |
| JAMES BUECHLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIELDS HEALTH CARE GROUP, INC.,<br><br>Defendant. | **CIVIL ACTION NO.: 1:22-cv-10988-PBS** |
| ELSIE DIAZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIELDS HEALTH CARE GROUP, INC.,<br><br>Defendant. | **CIVIL ACTION NO.: 1:22-cv-11002-AK** |

| | |
|---|---|
| JONATHAN ROACH, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SHIELDS HEALTH CARE GROUP, INC., <br><br> Defendant. | **CIVIL ACTION NO.: 1:22-cv-11035-PBS** |
| TENNIE KOMAR, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SHIELDS HEALTH CARE GROUP, INC., <br><br> Defendant. | **CIVIL ACTION NO.: 1:22-CV-11109-JCB** |
| DEBRA MONETTE, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SHIELDS HEALTH CARE GROUP, INC., <br><br> Defendant. | **CIVIL ACTION NO.: 1:22-cv-11131-PBS** |

**MEMORANDUM OF LAW IN SUPPORT OF ASSENTED-TO MOTION FOR CONSOLIDATION OF ACTIONS AND SETTING SCHEDULE FOR APPLICATIONS FOR APPOINTMENT OF INTERIM CLASS COUNSEL**

Pursuant to Fed. R. Civ. P. 42(a) and Local Rule 40.1(j), Plaintiffs in the above-captioned matters (collectively "Plaintiffs"), by and through counsel, respectfully move this Court for an Order: (1) consolidating the above-captioned actions; and (2) setting a schedule for the

1

submission of applications for appointment of interim class counsel in these related actions. Defendant has assented to the relief sought in this motion.

There are seven (7) related proposed class actions pending in the District of Massachusetts: *Biscan v. Shields Health Care Group, Inc.*, Case No. 1:22-CV-10901 ("*Biscan*"); *Smith v. Shields Health Care Group, Inc.*, Case No. 1:22-CV-10932 ("*Smith*"); *Buechler v. Shields Health Care Group, Inc.*, Case No. 1:22-CV-10988 ("*Buechler*"); *Diaz v. Shields Health Care Group, Inc.*, Case No. 1:22-CV-11002 ("*Diaz*"); *Roach v. Shields Health Care Group, Inc.*, Case No. 1:22-CV-11035 ("*Roach*"); *Komar v. Shields Health Care Group, Inc.*, Case No. 1:22-CV-11109 ("*Komar*"); and *Monette v. Shields Health Care Group, Inc.*, Case No. 1:22-CV-11131 ("*Monette*") (collectively, the "Related Cases").

Plaintiffs in the Related Cases ("Plaintiffs") allege that Defendant Shields Health Care Group, Inc. ("Shields") failed to secure sensitive information stored on its file servers and thus compromised millions of people's personal information (the "Data Breach").

Plaintiffs and Shields, by and through their respective counsel (together, the "parties"), have conferred and agree that consolidation is appropriate under Federal Rule of Civil Procedure 42(a) because the Related Cases involve common questions of law or fact. Specifically, the cases name a common defendant, arise from the same Data Breach, and assert similar claims.  Further, Plaintiffs agree that a streamlined process for the appointment of interim class counsel under Fed. R. Civ. P. 23(g)(3) will be beneficial to the effective prosecution of the class claims.

**ARGUMENT**

I. **THE ACTIONS SHOULD BE CONSOLIDATED FOR ALL PURPOSES**

Consolidation is appropriate when the actions before the court involve common questions of law or fact. *See* Fed. R. Civ. P. 42(a); *see also Seguro De Servicio De Salud De Puerto Rico v. McAuto Sys. Grp., Inc.*, 878 F.2d 5, 8 (1st Cir.1989) ("The threshold issue" in determining whether to consolidate cases under Rule 42(a) "is whether the two proceedings involve a common party and common issues of fact or law.").

Here, Plaintiffs and Shields agree that consolidation is appropriate under Federal Rule of Civil Procedure 42(a) because the Related Cases involve common questions of law or fact. Specifically, the cases name a common defendant, arise from the same Data Breach, and assert similar claims. Consolidation is therefore appropriate.

II. **THE COURT SHOULD ENTER THE PROPOSED SCHEDULE TO CONSIDER APPLICATIONS FOR APPOINTMENT OF INTERIM CLASS COUNSEL**

Rule 23(g)(3) authorizes a court to "designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." "Although not required, appointment of interim class counsel may help 'clarif[y] responsibility for protecting the interests of the class during precertification activities, such as making and responding to motions, conducting any necessary discovery, moving for class certification, and negotiating settlement.'" *See Arkansas Teacher Ret. Sys. v. State Street Corp.*, No. 11-10230-MLW, 2012 WL 13118446, at *1 (D. Mass. Jan. 12, 2012) (alterations in original); *see also* Fed. R. Civ. P. 23(g)(3), 2003 Advisory Committed Notes for Rule 23(g).

Here, Plaintiffs agree that a streamlined process for the appointment of interim class counsel under Fed. R. Civ. P. 23(g)(3) will be beneficial to the effective prosecution of the class

claims. The parties have met and conferred and propose, subject to Court approval, that this action should proceed on the following schedule:

- Any counsel in the Related Actions may file an individual or joint application for consideration as interim class counsel within five (5) business days after entry of an order consolidating the Related Actions;

- Plaintiffs will file a Consolidated Complaint ("Complaint") no later than forty-five (45) days following entry of an Order appointing interim class counsel;

- Defendant will Answer or otherwise respond to Plaintiffs' Complaint no later than thirty (30) days following filing of the Complaint; and

- Defendant shall have no obligation to Answer or otherwise respond to the current complaints in the Related Action prior to the consolidated Complaint being filed.

## CONCLUSION

For the foregoing reasons, Plaintiffs request that this Court enter the proposed order: consolidating the Actions and setting a schedule for applications for the appointment of interim class counsel.

Dated: July 19, 2022

Respectfully submitted,

**BERMAN TABACCO**

*/s/ Patrick T. Egan*
Patrick T. Egan (BBO #637477)
Nathaniel L. Orenstein (BBO #664513)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
pegan@bermantabacco.com
norenstein@bermantabacco.com

*Attorneys For Plaintiffs Buechler and Roach*

**SWEENEY MERRIGAN LAW, LLP**

/s/ J. Tucker Merrigan
J. Tucker Merrigan (BBO# 681627)
Peter M. Merrigan (BBO# 673272)
268 Summer Street, LL
Boston, MA 02210
Telephone: (617) 391-9001
Fax: (617) 357-9001
tucker@sweeneymerrigan.com
peter@sweeneymerrigan.com

**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**
Todd. S. Garber (*pro hac vice* forthcoming)
Andrew White (*pro hac vice* forthcoming)
One North Broadway, Suite 900
White Plains, New York 10601
Telephone: (914) 298-3281
Fax: (914) 824-1561
tgarber@fbfglaw.com
awhite@fbfglaw.com

**KELLER POSTMAN LLC**
Seth A. Meyer (*pro hac vice* forthcoming)
Alex J. Dravillas *pro hac vice* forthcoming
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
sam@kellerpostman.com
ajd@kellerpostman.com

*Attorneys for Plaintiff Biscan*

**McDONOUGH COHEN & MASELEK, LLP**

/s/ Robert J. Maselek, Jr.
Robert J. Maselek, Jr. (BBO # 564690)
53 State Street, Suite 500
Boston, MA 02109
Direct: 617.742.6520 (Ext. 246)
Fax: 617.742.1393
rmaselek@mcmlawfirm.com

5

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Telephone: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Thomas H. Burt
270 Madison Ave.
New York, New York 10014
Telephone: (212) 545-4669
Fax: (212) 686-0114
burt@whafh.com

*Attorneys for Plaintiff Smith*

**GEORGE GESTEN MCDONALD, PLLC**
Lori G. Feldman (*pro hac vice* forthcoming)
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
lfeldman@4-justice.com
eservice@4-justice.com

David J. George (*pro hac vice* forthcoming)
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467
Telephone: (561) 232-6002
dgeorge@4-justice.com
eservice@4-justice.com

*Attorneys for Plaintiffs Buechler and Roach*

**BARRACK, RODOS & BACINE**
Jeffrey W. Golan (*pro hac vice* forthcoming)
Meghan J. Talbot (*pro hac vice* forthcoming)
Two Commerce Square
2001 Mark Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600
jgolan@barrack.com
mtalbot@barrack.com

Stephen R. Basser
Samuel M. Ward
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Fax: (619) 230-1874
sbasser@barrack.com
sward@barrack.com

**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice* forthcoming)
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Fax: (501) 286-4659
jemerson@emersonfirm.com

*Attorneys for Plaintiff Buechler*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

/s/ Randi A. Kassan
Randi A. Kassan
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Telephone: (516) 741-5600
Fax: (516) 741-0128
rkassan@thesandersfirm.com

Gary M. Klinger
227 W. Monroe Street
Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

**TURKE & STRAUSS LLP**
Samuel J. Strauss
Raina C. Borrelli
613 Williamson Street, Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Fax: (608) 509-4423
raina@turkestrauss.com
sam@turkestrauss.com

*Attorneys for Plaintiff Diaz*

**BLOCK & LEVITON LLP**

/s/ Jason M. Leviton
Jason M. Leviton (BBO #678331)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
jason@blockleviton.com

**LYNCH CARPENTER, LLP**
Gary F. Lynch
Jamisen A. Etzel
1133 Penn Ave., Fl. 5
Telephone: (412) 322-9243
Fax: (412) 231-0246
gary@lcllp.com
jamise@lcllp.com

*Attorneys for Plaintiff Komar*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/ Joseph P. Guglielmo
Joseph P. Guglielmo (BBO #671410)
Carey Alexander
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Fax: (212) 233-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 531-2632
Fax: (860) 537-4432
ecomite@scott-scott.com

*Attorneys for Plaintiff Monette*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: July 19, 2022                        /s/ *Patrick T. Egan*
                                            Patrick T. Egan